UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SCOTT FETZNER,

        *Plaintiff*,

v.

TOWN OF GATES, MARTIJN VERBAKEL, GUY BURKE, "JOHN DOE POLICE OFFICERS 1-10 (names and number of whom are unknown at present), TODD BAXTER, TREVOR OTT, P. CHRISTOPHER, BART DAMBRA, "RICHARD ROE", SHERIFF'S DEPUTIES 1-10 and other unidentified members of the Monroe County Sheriff's Office,

        *Defendants*.

**INDEX**

Case No.:

# **INDEX**

A.   Summons and Complaint filed in Monroe County Supreme Court on April 4, 2023.

B.   Answer on behalf of Defendants Todd Baxter, Trevor Ott, P. Christopher and Bart Dambra filed in Monroe County Supreme Court on April 12, 2023.

C.   Answer on behalf of Defendants Town of Gates, Martijn Verbakel, Guy Burke, "John Doe Police Officers 1-10 (names and number of whom are unknown at present) filed in Monroe County Supreme Court on April 26, 2023.